COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     Robert Writt **V.** Shell Oil Company and Shell International, E&P, Inc.

Appellate case number:   01-11-00201-CV

Trial court case number: 0965221

Trial court:             189th District Court of Harris County

Date motion filed:       March 29, 2013

Party filing motion:     Appellee

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ ___Terry Jennings_____
               ☐ Acting Individually ☒  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, and Brown.  Justices Bland and Huddle, not sitting.


Date: June 25, 2013